United States District Court
Southern District of Texas

**ENTERED**

October 08, 2021

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| IEISHA MASS, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No. H-21-2962 |
| WELLS FARGO BANK, N.A., | § | |
| | § | |
| Defendant. | § | |

## O R D E R

Pursuant to the filing of the Plaintiffs' First Amended Complaint (docket no. 8) it is

ORDERED that the Defendant's Motion to Dismiss (docket no. 7) is DENIED as moot.

SIGNED at Houston, Texas, on this 8th day of October, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE