United States District Court
Southern District of Texas
**ENTERED**
October 21, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| IEISHA MASS, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No. H-21-2962 |
| WELLS FARGO BANK, N.A., | § | |
| | § | |
| Defendant. | § | |

ORDER

Pursuant to the filing of the Plaintiffs' Second Amended Complaint (docket no. 11) it is ORDERED that the Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (docket no. 9) is DENIED as moot.

SIGNED at Houston, Texas, on this 21st day of October, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE