United States District Court
Southern District of Texas
**ENTERED**
December 21, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IEISHA MASS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-2962 |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| | § | |
| Defendant. | § | |

<u>ORDER</u>

The January 7, 2022, initial pretrial and scheduling conference is **CANCELED**.

**SIGNED** at Houston, Texas, on this 21st day of December, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE